IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STAFFING ADVANTAGE, L.L.C.,<br><br>Defendant / Third-Party Plaintiff,<br><br>vs.<br><br>TRION SOLUTIONS, INC., and RESOURCE EMPLOYMENT SOLUTIONS, L.L.C.,<br><br>Third-Party Defendants. | Civil Action No. 7:17-cv-165-FL<br><br><br><br>**ORDER ON JOINT MOTION TO STAY PROCEEDINGS AND EXTEND DISPOSITIVE MOTIONS DEADLINE** |

THIS CAUSE having come before the undersigned upon a Joint Motion to Stay Proceedings and Extend Dispositive Motions Deadline by Defendant / Third-Party Plaintiff Staffing Advantage LLC, together with Third-Party Defendants Trion Solutions, Inc. and Resource Employment Solutions, LLC, [DE 91]. The Court concludes that good cause exists for the requested relief, and states as follows:

1. All proceedings in this action will be stayed to and including January 24, 2020.

2. On or before January 24, 2020, the parties will report to the Court whether a settlement has been reached.

3. If no settlement has been reached by January 24, 2020, the Court will set a new deadline for dispositive motions as to claims set forth in the Third-Party Complaint within a reasonable time period following the issuance of the report by the parties.

SO ORDERED this 9th day of December, 2019.

_____
Louise W. Flanagan
United States District Judge